## McNEIL *v.* HARRIS.

EVANS, P. J. The charge was adjusted to the issues, and the evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                                        APRIL 15, 1915.

Ejectment. Before Judge Worrill. Randolph superior court. January 10, 1914.

*George H. Perry,* for plaintiff in error.
*H. A. Wilkinson* and *J. W. Harris,* contra.

---

## COLQUITT LIVE STOCK AND SUPPLY COMPANY *v.* COACHMAN; *et vice versa.*

BECK, J. 1. In none of the rulings of the court complained of were there involved errors of sufficient gravity to require the grant of a new trial.

2. There was sufficient evidence to authorize the verdict in favor of the plaintiff.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed. All the Justices concur, except Fish, C. J., absent.*
                                        APRIL 15, 1915.

Complaint. Before Judge Worrill. Miller superior court. February 28, 1914.

*Bush & Stapleton* and *W. I. Geer,* for plaintiff in error in main bill. *P. D. Rich,* contra.